UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RICHARD A. MILLS, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 05cv2288-WMC<br><br>ORDER |

   On September 20, 2007, a telephonic status conference regarding discovery was held in the above captioned case. Participating were William Shannahan, Esq.(counsel for plaintiff) and Adam Smart, Esq.(counsel for defendant). After being advised by counsel of the status of the case the Court issues the following Order:

   -On or before **September 27, 2007**, plaintiff may submit a letter brief on the issue in dispute between the parties.

///

///

///

05cv2288-WMC

-On or before **October 4, 2007**, defendant may submit a letter brief on the issue in dispute between the parties.

IT IS SO ORDERED.

DATED: September 20, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

ALL COUNSEL AND PARTIES OF RECORD